■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALOYSIUS STATON, JR., Appellant. [900 NYS2d 914]—Appeal by the defendant from a judgment of the County Court, Nassau County (Kase, J.), rendered June 5, 2008, convicting him of disorderly conduct, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (see *People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (see *People v Romero*, 7 NY3d 633 [2006]). Fisher, J.P., Balkin, Roman and Sgroi, JJ., concur.